UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AXIA FINANCIAL, LLC, doing business as Axia Home Loans,<br><br>Plaintiff - Petitioner,<br><br>v.<br><br>MASON MCDUFFIE MORTGAGE CO.,<br><br>Defendant - Respondent. | No. 24-4592<br><br>D.C. No. 3:23-cv-03256-TLT<br>Northern District of California, San Francisco<br><br>ORDER |

Before: CHRISTEN and BRESS, Circuit Judges.

The petition for permission to appeal is denied. *See* 28 U.S.C. § 1292(b).

The motion to certify a question to the California Supreme Court is denied as moot.