United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIA FINANCIAL, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MASON MCDUFFIE MORTGAGE CO.,<br><br>        Defendant. | Case No. 23-cv-03256-TLT<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT**<br><br>Re: Dkt. No. 134 |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge to conduct a settlement conference by July 25, 2025, or as soon thereafter as is convenient for the assigned Magistrate Judge. The parties will be advised of the date, time, and place of the next appearance by notice from Magistrate Judge.

Should the case settle, the parties are ORDERED to file a Notice of Settlement within three days so that the Court may vacate any pending dates.

**IT IS SO ORDERED**.

Dated: October 30, 2024

_____
TRINA L. THOMPSON
United States District Judge